**DENIED**
Failure to serve the case trustee.

Aug 04, 2010

*[signature]*
**BARRY S. SCHERMER**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 07-44692 -399 |
| JANICE MARIE MCGUIRE, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| ) | |
| JANICE MARIE MCGUIRE, ) | **MOTION TO REOPEN CASE** |
| ) | **Motion #15** |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN V. LABARGE, JR., ) | |
| ) | |
| Trustee, ) | |
| ) | |
| Respondent. ) | |

**MOTION TO REOPEN CASE**

COMES NOW, Debtor, by and through Debtor's undersigned Counsel, and moves this Court to reopen Debtor's above-captioned case. In support thereof Debtor states as follows:

1) Debtor filed the above-captioned case in good faith on July 24, 2007.

2) Debtor's above-captioned case was discharged on October 17, 2007.

3) Debtor's above-captioned case was closed on October 18, 2007.

4) Debtor was unaware at the time Debtor's case was filed and during the pendency of Debtor's case that Debtor has an unliquidated claim (hereinafter "Claim") against Organon, USA, Inc., Organon Pharmaceuticals, Inc., and Organon International, Inc.

5) Claim arose prior to the filing of the above-captioned case.

6) Debtor after the closing of Debtor's above-captioned case became a Plaintiff in a class action suit against Organon, USA, Inc., Organon Pharmaceuticals, Inc., and

Organon International, Inc.

      7)  Debtor will file amended Schedules B and C to list Claim and an exemption to Claim.

      WHEREFORE, Debtor prays that this honorable Court reopen Debtor's above-captioned case.
.

                           Respectfully submitted,

                           /s/ Frank R. Ledbetter
                         Frank R. Ledbetter, MBE#53521;Fed#498124
                         Attorney for Debtor
                         2001 S. Big Bend Boulevard
                         Saint Louis, MO 63117
                         (314) 535-7780 Telephone
                         (314) 533-7078 Facsimile
                         E-mail:  stlatty@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U. S. Mail, First Class, postage pre-paid to the following parties and the creditors on the attached mailing matrix on this 27th day of July 2010:

Office of the U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

                         /s/ Frank R. Ledbetter